IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 98-30880
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL J. PERRY,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 97-CR-10015-1
- - - - - - - - - - -
April 16, 1999

Before JONES, SMITH, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Michael J. Perry has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Perry has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.